# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES S. TATE, M.D., | |
| Plaintiff, | Case No. 2:08-cv-1183-LDG (GWF) |
| v. | **ORDER** |
| UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, *et al.*, | |
| Defendants. | |

THE COURT **ORDERS** that Defendants' Motion for Hearing (#82) is DENIED as moot;

THE COURT FURTHER **ORDERS** that Plaintiff's Motion to Stay Proceedings Pending Expedited Appeal (#118) is DENIED as moot.

DATED this \_\_10\_\_ day of September, 2010.

_____
Lloyd D. George
United States District Judge